■ NELSON QUINTUNA QUITO, Respondent, v CITY OF NEW YORK et al., Appellants. [932 NYS2d 717]—

The defendants' failure to make a prima facie showing of entitlement to judgment as a matter of law required the denial of their motion for summary judgment, regardless of the sufficiency of the opposing papers (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. Rivera, J.P., Eng, Belen and Austin, JJ., concur.